# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM LOFTUS ET AL.,**<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>**SUNRUN INC. ET AL,**<br><br>　　　　　　Defendants. | Case No. 4:19-cv-01608-YGR<br><br>**TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 39 |

TO: DEFENDANT MEDIA MIX 365, LLC AND ITS OFFICERS, AGENTS, SERVANTS, EMPLOYEES AND ATTORNEYS AND ALL THOSE IN ACTIVE CONCERT OR PARTICIPATION WITH IT:

YOU ARE HEREBY ORDERED to preserve all evidence, including, but not limited to, call and lead logs, call recordings, and consumer complaints pertaining to solar telemarketing and/or lead generation. You are hereby ordered to preserve all such evidence that you would have otherwise destroyed pursuant to the Stipulation of Entry of Order for Permanent Injunction and Civil Penalty Judgment in *United States v. Media Mix 365, LLC*, Case No. 8:19-cv-01243-GW-JEM (C.D. Cal. June 21, 2019), ECF No. 2 ("Stipulated Injunction").

YOU ARE HEREBY ORDERED to show cause why a preliminary injunction should not issue enjoining you from failing to preserve the evidence described above. Written response to be filed by **July 12, 2019**. Hearing on the preliminary injunction to be held on **July 16, 2019, at 2:00 p.m.,** Courtroom One, U.S. District Courthouse, 1301 Clay Street, Oakland, California.

The Court finds this Order consistent with the exception stated in the Stipulated Injunction,

which provides, in pertinent part:

> IT IS FURTHER ORDERED that Defendants, Defendants' officers, agents, and employees, and all other Persons in active concert or participation with any of them, who receive actual notice of this Order, whether acting directly or indirectly, are permanently restrained and enjoined from directly or indirectly:
>
> A. Disclosing, using, or benefitting from customer information, including the name, address, telephone number, email address, social security number, other identifying information, or any data that enables access to a customer's account (including a credit card, bank account, or other financial account), that any Defendant obtained prior to entry of this Order in connection with Telemarketing; and
>
> B. Failing to destroy such customer information in all forms in their possession, custody, or control within 30 days after entry of this Order.
>
> **Provided, however, that customer information need not be disposed of, and may be disclosed, to the extent requested by a** government agency or required by law, regulation, or **court order**.

In issuing this temporary restraining order, the Court finds that Plaintiffs have shown that they and putative class members will suffer immediate and irreparable injury if the documents at issue are destroyed. In particular, the Court finds that the evidence at issue is relevant to the investigation and prosecution of the individual and putative class claims arising under the Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"), and the California Invasion of Privacy Act ("CIPA"), Cal. Penal Code § 632.7.

The Court further finds that no security is required of Plaintiffs on account of this order as it is consistent with defendant's obligations under the Federal Rules of Civil Procedure and Federal Rules of Evidence.

This Order is effective immediately and shall expire 14 days from the day it is entered. Plaintiffs are ORDERED to serve this Order, the summons and complaint, and all supporting pleadings and papers on Defendant Media Mix 365, LLC by **July 5, 2019** _____.

IT IS SO ORDERED.

Dated: July 2, 2019

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE