1 | HANSON BRIDGETT LLP
MEGAN OLIVER THOMPSON - 256654
2 | SAMANTHA D. WOLFF - 240280
425 Market Street, 26th Floor
3 | San Francisco, California 94105
Telephone:     (415) 777-3200
4 | Facsimile:     (415) 541-9366
moliverthompson@hansonbridgett.com
5 | swolff@hansonbridgett.com

6 | MAC MURRAY & SHUSTER LLP
7 |     Helen Mac Murray OH SBN 38782 (*Pro Hac Vice*)
6525 W. Campus Oval, Suite 210
8 | New Albany, Ohio 43054
T:       614.939.9955
9 | F:       614.939.9954
E:       hmacmurray@mslawgroup.com
10 |

11 | *Attorneys for Defendant Media Mix 365 LLC*

12 | **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
13 | **SAN FRANCISCO DIVISION**

14 | WILLIAM LOFTUS, *et al.,*

15 |       Plaintiffs.          | CASE NO. 3:19-CV-01608-RS

16 | v.                         | **DEFENDANT MEDIA MIX 365 LLC'S STATEMENT REGARDING THE MOTION FOR TEMPORARY RESTRAINING ORDER**

17 | SUNRUN, INC., *et al.,*

18 |       Defendants.          | TRO filed:  July 2, 2019

19 |                            | TRO Ext. filed:  July 15, 2019

20 |                            | TRO Expires:  August 8, 2019

21 |

22 |

23 |       In response to this Court's July 15, 2019 Order, Defendant Media Mix 365, LLC states that

24 | it takes no position on the Motion for Temporary Restraining Order currently before the Court. (*See*

25 | ECF Docket No. 39.)

26 | / / /

27 | / / /

28 | / / /

DEFENDANT MEDIA MIX 365 LLC'S STATEMENT RE: MOT. FOR TEMPORARY RESTRAINING ORDER

Respectfully submitted,

1

2

3     Dated: July 25, 2019                    /s/ Helen Mac Murray
                                              Helen Mac Murray OH SBN 38782 (*Pro Hac Vice*)
4                                             **MAC MURRAY & SHUSTER LLP**
                                              6525 W. Campus Oval, Suite 210
5                                             New Albany, Ohio 43054
                                              T:      614.939.9955
6                                             F:      614.939.9954
                                              E:      hmacmurray@mslawgroup.com
7

8     DATED:  July 25, 2019                   HANSON BRIDGETT LLP

9

10                                            By:      */s/ Samantha Wolff*
                                                       Megan Oliver Thompson
11                                                     Samantha D. Wolff

12                                            Attorneys for Defendant Media Mix 365 LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT MEDIA MIX 365 LLC'S STATEMENT RE: MOT. FOR TEMPORARY RESTRAINING ORDER