United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM LOFTUS, et al.,

Plaintiffs,

v.

SUNRUN INC., et al.,

Defendants.

Case No. 19-cv-01608-RS

**ORDER GRANTING PRELIMINARY INJUNCTION**

The existing temporary restraining order in this action requires defendant Media Mix 365, LLC, and those in concert with it, to "preserve all evidence, including, but not limited to, call and lead logs, call recordings, and consumer complaints pertaining to solar telemarketing and/or lead generation," notwithstanding a "Stipulation of Entry of Order for Permanent Injunction and Civil Penalty Judgment" in *United States v. Media Mix 365, LLC*, Case No. 8:19-cv-01243-GW-JEM (C.D. Cal. June 21, 2019), that apparently called for destruction of such records, but which excepted material subject to order of other courts.

Media Mix has responded to the order issued on July 15, 2019 (Dkt. No. 49) to show cause why a preliminary injunction should not issue by filing a statement that "it takes no position on the Motion for Temporary Restraining Order." (Dkt. No. 55). Whether or not Media Mix intended its statement to apply to the preliminary injunction motion, the motion for a preliminary injunction is both effectively unopposed and has merit. Accordingly, the motion is granted, and during the pendency of this action defendant Media Mix 365, LLC, and those in concert with it, are ordered

to preserve all evidence, including, but not limited to, call and lead logs, call recordings, and consumer complaints pertaining to solar telemarketing and/or lead generation.

**IT IS SO ORDERED**.

Dated:  July 26, 2019

_____

RICHARD SEEBORG
United States District Judge

United States District Court
Northern District of California

CASE NO. 19-cv-01608-RS

2