**KELLEY DRYE & WARREN LLP**
  Tahir L. Boykins (State Bar No. 323441)
10100 Santa Monica Boulevard
23rd Floor
Los Angeles, CA 90067-4008
Telephone: (310) 712-6100
Facsimile: (310) 712-6199
tboykins@kelleydrye.com

**KELLEY DRYE & WARREN LLP**
  Lauri A. Mazzuchetti (*Pro Hac Vice*)
  Glenn T. Graham (*Pro Hac Vice*)
One Jefferson Road
Parsippany, New Jersey 07054
Telephone:    (973) 503-5900
Facsimile:    (973) 503-5950
lmazzuchetti@kelleydrye.com
ggraham@kelleydrye.com

*Attorneys for Defendant Sunrun Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND**

| | |
|---|---|
| WILLIAM LOFTUS, SIDNEY NAIMAN, and LOUIS NAIMAN, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>SUNRUN INC., and MEDIA MIX 365, LLC, and DOES 1-10,<br><br>Defendants. | Case No. 3:19-cv-01608-RS<br><br>**DEFENDANT SUNRUN INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT**<br><br>FAC Filed: June 26, 2019<br>Trial Date: None Set |

Defendant Sunrun Inc. ("Sunrun") hereby responds to the First Amended Complaint ("Amended Complaint") of plaintiffs William Loftus, Sidney Naiman, and Louis Naiman (collectively, "Plaintiffs") by filing this Answer.

The following paragraphs of the Answer correspond to the numbered paragraphs of Plaintiffs' Amended Complaint:

## I. INTRODUCTION

1. Sunrun admits that Plaintiffs have brought this action pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA") and the California Invasion of Privacy Act ("CIPA"), Cal. Penal Code § 632.7, but denies that Sunrun violated the TCPA, CIPA, or any other law and denies the remaining factual allegations contained in paragraph 1 of the Amended Complaint.

2. Sunrun denies the allegations contained in paragraph 2 of the Amended Complaint.

3. Sunrun denies the allegations contained in paragraph 3 of the Amended Complaint.

4. Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 4 of the Amended Complaint.

5. Sunrun denies the factual allegations contained in paragraph 5 of the Amended Complaint. With respect to those remaining allegations set forth therein which constitute legal conclusions, no response thereto is required. To the extent a response to those legal conclusions is required, Sunrun denies those allegations.

6. Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 6 of the Amended Complaint. Sunrun denies that it violated the TCPA, CIPA, or any other law.

## II. PARTIES

7. Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 7 of the Amended Complaint.

8. Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 8 of the Amended Complaint.

1     9.    Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 9 of the Amended Complaint.

    10.    Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 10 of the Amended Complaint.

    11.    Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 11 of the Amended Complaint.

    12.    Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of the Amended Complaint.

    13.    Sunrun admits that it is a corporation.

    14.    Sunrun admits that it is a Delaware corporation.

    15.    Sunrun admits that its principal place of business is 595 Market Street, 29th Floor, San Francisco, California 94105.

    16.    Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 16 of the Amended Complaint.

    17.    Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 17 of the Amended Complaint.

    18.    Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 18 of the Amended Complaint.

### III.    JURISDICTION AND VENUE

    19.    With respect to the allegations set forth in paragraph 19 of the Amended Complaint, Sunrun denies that it violated the TCPA, CIPA, or any other law, admits that Plaintiffs bring this action pursuant to the TCPA, and admits that the Court has subject matter jurisdiction thereunder. With respect to those remaining allegations set forth therein which constitute legal conclusions, no response thereto is required. To the extent a response to those legal conclusions is required, Sunrun denies those allegations.

    20.    Sunrun denies the factual allegations contained in paragraph 20 of the Amended Complaint. With respect to those remaining allegations set forth therein which constitute legal

conclusions, no response thereto is required.  To the extent a response to those legal conclusions is required, Sunrun denies those allegations.

21.   Sunrun denies the factual allegations contained in paragraph 21 of the Amended Complaint.  With respect to those remaining allegations set forth therein which constitute legal conclusions, no response thereto is required.  To the extent a response to those legal conclusions is required, Sunrun denies those allegations.

22.   Sunrun denies the factual allegations contained in paragraph 22 of the Amended Complaint.  With respect to those remaining allegations set forth therein which constitute legal conclusions, no response thereto is required.  To the extent a response to those legal conclusions is required, Sunrun denies those allegations.

### IV.    FACTS

23.   The allegations in paragraph 23 of the Amended Complaint state legal conclusions to which no response is required.  To the extent that a response is required, Sunrun denies those allegations.

24.   The allegations in paragraph 24 of the Amended Complaint state legal conclusions to which no response is required.  To the extent that a response is required, Sunrun denies those allegations.

25.   The allegations in paragraph 25 of the Amended Complaint state legal conclusions to which no response is required.  To the extent that a response is required, Sunrun denies those allegations.

26.   The allegations in paragraph 26 of the Amended Complaint state legal conclusions to which no response is required.  To the extent that a response is required, Sunrun denies those allegations.

27.   The allegations in paragraph 27 of the Amended Complaint state legal conclusions to which no response is required.  To the extent that a response is required, Sunrun denies those allegations.

28. The allegations in paragraph 28 of the Amended Complaint state legal conclusions to which no response is required. To the extent that a response is required, Sunrun denies those allegations.

29. Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 29 of the Amended Complaint.

30. The allegations in paragraph 30 of the Amended Complaint state legal conclusions to which no response is required. To the extent that a response is required, Sunrun denies those allegations.

31. The allegations in paragraph 31 of the Amended Complaint state legal conclusions to which no response is required. To the extent that a response is required, Sunrun denies those allegations.

32. Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 32 of the Amended Complaint.

33. The allegations in paragraph 33 of the Amended Complaint state legal conclusions to which no response is required. To the extent that a response is required, Sunrun denies those allegations.

34. Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 34 of the Amended Complaint.

35. Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 35 of the Amended Complaint.

36. Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 36 of the Amended Complaint.

37. Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 37 of the Amended Complaint.

38. Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 38 of the Amended Complaint.

39. Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 39 of the Amended Complaint.

DEFENDANT SUNRUN INC.'S ANSWER
AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT

1  40. Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 40 of the Amended Complaint.

41. Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 41 of the Amended Complaint.

42. Sunrun admits that it sells goods and services related to solar energy.

43. Sunrun denies the allegations contained in paragraph 43 of the Amended Complaint.

44. Sunrun denies the allegations contained in paragraph 44 of the Amended Complaint.

45. Sunrun denies the allegations contained in paragraph 45 of the Amended Complaint.

46. Sunrun denies the allegations contained in paragraph 46 of the Amended Complaint.

47. Sunrun denies the allegations contained in paragraph 47 of the Amended Complaint.

48. Sunrun admits the allegations contained in paragraph 48 of the Amended Complaint.

49. Sunrun denies the allegations contained in paragraph 49 of the Amended Complaint.

50. Sunrun denies the allegations contained in paragraph 50 of the Amended Complaint.

51. Sunrun denies the allegations contained in paragraph 51 of the Amended Complaint.

52. Sunrun denies the allegations contained in paragraph 52 of the Amended Complaint.

53. Sunrun denies the allegations contained in paragraph 53 of the Amended Complaint.

54. Sunrun denies the allegations contained in paragraph 54 of the Amended Complaint.

55. Sunrun denies the allegations contained in paragraph 55 of the Amended Complaint.

56. Sunrun denies the allegations contained in paragraph 56 of the Amended Complaint.

57. Sunrun denies the allegations contained in paragraph 57 of the Amended Complaint.

58. Sunrun denies the allegations contained in paragraph 58 of the Amended Complaint.

59. Sunrun denies the allegations contained in paragraph 59 of the Amended Complaint.

60. Sunrun denies the allegations contained in paragraph 60 of the Amended Complaint.

61. Sunrun denies the allegations contained in paragraph 61 of the Amended Complaint.

62. Sunrun denies the allegations contained in paragraph 62 of the Amended Complaint.

63. Sunrun denies the allegations contained in paragraph 63 of the Amended Complaint.

64. Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 64 of the Amended Complaint.

1     65.     Sunrun is without knowledge or information sufficient to form a belief as to the truth
2 of the allegations contained in paragraph 65 of the Amended Complaint.
3     66.     Sunrun is without knowledge or information sufficient to form a belief as to the truth
4 of the allegations contained in paragraph 66 of the Amended Complaint.
5     67.     Sunrun is without knowledge or information sufficient to form a belief as to the truth
6 of the allegations contained in paragraph 67 of the Amended Complaint.
7     68.     Sunrun denies the allegations contained in paragraph 68 of the Amended Complaint.
8     69.     Sunrun is without knowledge or information sufficient to form a belief as to the truth
9 of the allegations contained in paragraph 69 of the Amended Complaint.
10    70.     Sunrun is without knowledge or information sufficient to form a belief as to the truth
11 of the allegations contained in paragraph 70 of the Amended Complaint.
12    71.     Sunrun is without knowledge or information sufficient to form a belief as to the truth
13 of the allegations contained in paragraph 71 of the Amended Complaint.
14    72.     Sunrun is without knowledge or information sufficient to form a belief as to the truth
15 of the allegations contained in paragraph 72 of the Amended Complaint.
16    73.     Sunrun is without knowledge or information sufficient to form a belief as to the truth
17 of the allegations contained in paragraph 73 of the Amended Complaint.
18    74.     Sunrun is without knowledge or information sufficient to form a belief as to the truth
19 of the allegations contained in paragraph 74 of the Amended Complaint.
20    75.     Sunrun is without knowledge or information sufficient to form a belief as to the truth
21 of the allegations contained in paragraph 75 of the Amended Complaint.
22    76.     Sunrun is without knowledge or information sufficient to form a belief as to the truth
23 of the allegations contained in paragraph 76 of the Amended Complaint.
24    77.     Sunrun is without knowledge or information sufficient to form a belief as to the truth
25 of the allegations contained in paragraph 77 of the Amended Complaint.
26    78.     Sunrun is without knowledge or information sufficient to form a belief as to the truth
27 of the allegations contained in paragraph 78 of the Amended Complaint.
28    79.     Sunrun is without knowledge or information sufficient to form a belief as to the

DEFENDANT SUNRUN INC.'S ANSWER
AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT

1 truth of the allegations contained in paragraph 79 of the Amended Complaint.

2     80.    Sunrun is without knowledge or information sufficient to form a belief as to the
3 truth of the allegations contained in paragraph 80 of the Amended Complaint.

4     81.    Sunrun is without knowledge or information sufficient to form a belief as to the
5 truth of the allegations contained in paragraph 81 of the Amended Complaint.

6     82.    Sunrun is without knowledge or information sufficient to form a belief as to the
7 truth of the allegations contained in paragraph 82 of the Amended Complaint.

8     83.    Sunrun denies the allegations contained in paragraph 83 of the Amended
9 Complaint.

10     84.    Sunrun denies the allegations contained in paragraph 84 of the Amended
11 Complaint.

12     85.    Sunrun denies the allegations contained in paragraph 85 of the Amended
13 Complaint.

14     86.    Sunrun denies the allegations contained in paragraph 86 of the Amended
15 Complaint.

16     87.    Sunrun denies the allegations contained in paragraph 87 of the Amended
17 Complaint.

18     88.    Sunrun denies the allegations contained in paragraph 88 of the Amended
19 Complaint.

20     89.    Sunrun admits that a motion for preliminary approval was filed in *Slovin* with a
21 class period ending on August 31, 2018.

22     90.    Sunrun denies the allegations contained in paragraph 90 of the Amended
23 Complaint.

24     91.    Sunrun denies the allegations contained in paragraph 91 of the Amended
25 Complaint.

26     92.    Sunrun denies the allegations contained in paragraph 92 of the Amended
27 Complaint.

28     93.    Sunrun denies the allegations contained in paragraph 93 of the Amended

Complaint.

94. Sunrun denies the allegations contained in paragraph 94 of the Amended Complaint.

95. Sunrun denies the allegations contained in paragraph 95 of the Amended Complaint.

96. Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 96 of the Amended Complaint.

97. Sunrun denies the allegations contained in paragraph 97 of the Amended Complaint.

98. Sunrun denies the allegations contained in paragraph 98 of the Amended Complaint.

99. Sunrun denies the allegations contained in paragraph 99 of the Amended Complaint.

100. Sunrun denies the allegations contained in paragraph 100 of the Amended Complaint.

101. Sunrun denies the allegations contained in paragraph 101 of the Amended Complaint.

102. Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 102 of the Amended Complaint.

103. Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 103 of the Amended Complaint.

104. Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 104 of the Amended Complaint.

105. Sunrun denies the allegations contained in paragraph 105 of the Amended Complaint.

106. Sunrun denies the allegations contained in paragraph 106 of the Amended Complaint.

107. Sunrun denies the allegations contained in paragraph 107 of the Amended

1 | Complaint.

2 |     108.    Sunrun denies the allegations contained in paragraph 108 of the Amended
3 | Complaint.

4 |     109.    Sunrun denies the allegations contained in paragraph 109 of the Amended
5 | Complaint.

6 |     110.    Sunrun denies the allegations contained in paragraph 110 of the Amended
7 | Complaint.

8 |     111.    Sunrun denies the allegations contained in paragraph 111 of the Amended
9 | Complaint.

10 |     112.    Sunrun denies the allegations contained in paragraph 112 of the Amended
11 | Complaint.

12 |     113.    Sunrun denies the allegations contained in paragraph 113 of the Amended
13 | Complaint.

14 |     114.    Sunrun is without information sufficient to form a belief as to the truth of the
15 | allegations contained in paragraph 114 of the Amended Complaint.

16 |     115.    Sunrun admits that the original complaint included TCPA allegations by Plaintiff
17 | Sidney Naiman, that it included the first six digits of Naiman's phone number and that it was filed
18 | on March 27, 2019.

19 |     116.    Sunrun admits that process was served on April 3, 2019.

20 |     117.    Sunrun denies the allegations contained in paragraph 117 of the Amended
21 | Complaint.

22 |     118.    Sunrun denies the allegations contained in paragraph 118 of the Amended
23 | Complaint.

24 |     119.    Sunrun denies the allegations contained in paragraph 119 of the Amended
25 | Complaint.

26 |     120.    Sunrun denies the allegations contained in paragraph 120 of the Amended
27 | Complaint.

28 |     121.    Sunrun denies the allegations contained in paragraph 121 of the Amended

1 Complaint.

2     122.    Sunrun denies the allegations contained in paragraph 122 of the Amended Complaint.

3     123.    Sunrun denies the allegations contained in paragraph 123 of the Amended Complaint.

4     124.    Sunrun denies the allegations contained in paragraph 124 of the Amended Complaint.

5     125.    Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 125 of the Amended Complaint.

6     126.    Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 126 of the Amended Complaint.

7     127.    Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 127 of the Amended Complaint.

8     128.    Sunrun denies the allegations contained in paragraph 128 of the Amended Complaint.

9     129.    Sunrun denies the allegations contained in paragraph 129 of the Amended Complaint.

10     130.    Sunrun denies the allegations contained in paragraph 130 of the Amended Complaint.

11     131.    Sunrun denies the allegations contained in paragraph 131 of the Amended Complaint.

12     132.    Sunrun denies the allegations contained in paragraph 132 of the Amended Complaint.

13     133.    Sunrun denies the allegations contained in paragraph 133 of the Amended Complaint.

14     134.    Sunrun denies the allegations contained in paragraph 134 of the Amended Complaint.

15     135.    Sunrun is without knowledge or information sufficient to form a belief as to the

DEFENDANT SUNRUN INC.'S ANSWER
AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT

1  truth of the allegations contained in paragraph 135 of the Amended Complaint.

2        136.    Sunrun denies the allegations contained in paragraph 136 of the Amended
3  Complaint.

4        137.    Sunrun denies the allegations contained in paragraph 137 of the Amended
5  Complaint.

6        138.    Sunrun denies the allegations contained in paragraph 138 of the Amended
7  Complaint.

8        139.    Sunrun denies the allegations contained in paragraph 139 of the Amended
9  Complaint.

10       140.    Sunrun denies the allegations contained in paragraph 140 of the Amended
11 Complaint.

12       141.    Sunrun denies the allegations contained in paragraph 141 of the Amended
13 Complaint.

14       142.    Sunrun denies the allegations contained in paragraph 142 of the Amended
15 Complaint.

16       143.    Sunrun is without knowledge or information sufficient to form a belief as to the
17 truth of the allegations contained in paragraph 143 of the Amended Complaint.

18       144.    Sunrun denies the allegations contained in paragraph 144 of the Amended
19 Complaint.

20       145.    The allegations in paragraph 145 of the Amended Complaint state legal conclusions
21 to which no response is required.  To the extent that a response is required, Sunrun denies those
22 allegations.

23       146.    The allegations in paragraph 146 of the Amended Complaint state legal conclusions
24 to which no response is required.  To the extent that a response is required, Sunrun denies those
25 allegations.

26       147.    The allegations in paragraph 147 of the Amended Complaint state legal conclusions
27 to which no response is required.  To the extent that a response is required, Sunrun denies those
28 allegations.

1    148.   The allegations in paragraph 148 of the Amended Complaint state legal conclusions to which no response is required.  To the extent that a response is required, Sunrun denies those allegations.

    149.   Sunrun denies the allegations contained in paragraph 149 of the Amended Complaint.

    150.   Sunrun denies the allegations contained in paragraph 150 of the Amended Complaint.

    151.   Sunrun denies the allegations contained in paragraph 151 of the Amended Complaint.

    152.   Sunrun denies the allegations contained in paragraph 152 of the Amended Complaint.

    153.   Sunrun denies the allegations contained in paragraph 153 of the Amended Complaint.

    154.   Sunrun denies the allegations contained in paragraph 154 of the Amended Complaint.

    155.   Sunrun denies the allegations contained in paragraph 155 of the Amended Complaint.

    156.   Sunrun admits that the plaintiffs in the *Slovin* action alleged Media Mix made calls "on behalf of" Sunrun.  Sunrun denies that Media Mix made calls "on behalf" of Sunrun and denies that it violated the TCPA or any other law.

    157.   Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 157 of the Amended Complaint.

    158.   Sunrun denies the allegations contained in paragraph 158 of the Amended Complaint.

    159.   The allegations in paragraph 159 of the Amended Complaint state legal conclusions to which no response is required.  To the extent that a response is required, Sunrun denies those allegations.

## V.    CLASS ACTION ALLEGATIONS

160. Sunrun admits that Plaintiffs purport to bring this action on behalf of themselves and three putative classes. Sunrun denies that this case is appropriate for class treatment and denies that the putative classes are valid or appropriate. Sunrun denies the factual allegations contained in Paragraph 160 of the Amended Complaint.

161. Sunrun denies the allegations contained in paragraph 161 of the Amended Complaint.

162. Sunrun admits that Plaintiffs purport to bring this action on behalf of themselves and three putative classes. Sunrun denies that this case is appropriate for class treatment and denies that the putative classes are valid or appropriate. Sunrun denies the factual allegations contained in Paragraph 162 of the Amended Complaint.

163. Sunrun denies the allegations contained in paragraph 163 of the Amended Complaint.

164. Sunrun admits that Plaintiffs purport to bring this action on behalf of themselves and three putative classes. Sunrun denies that this case is appropriate for class treatment and denies that the putative classes are valid or appropriate. Sunrun denies the factual allegations contained in Paragraph 164 of the Amended Complaint.

165. Sunrun admits that Plaintiffs purport to bring this action on behalf of a class, but exclude the individuals or entities listed in Paragraph 165. Sunrun denies that this case is appropriate for class treatment and denies that the putative classes are valid or appropriate.

166. Sunrun denies the allegations contained in paragraph 166 of the Amended Complaint.

167. Sunrun admits that it is among the largest solar energy companies in the United States.

168. Sunrun admits that its stock is publicly traded.

169. Sunrun is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 169 of the Amended Complaint.

170. Sunrun denies the allegations contained in paragraph 170 of the Amended Complaint.

1    171. Sunrun denies the allegations contained in paragraph 171 of the Amended
2 Complaint.
3    172. Sunrun denies the allegations contained in paragraph 172 of the Amended
4 Complaint.
5    173. Sunrun denies the allegations contained in paragraph 173 of the Amended
6 Complaint.
7    174. Sunrun denies the allegations contained in paragraph 174 of the Amended
8 Complaint.
9    175. Sunrun denies the allegations contained in paragraph 175 of the Amended
10 Complaint.

## VI. FIRST CLAIM FOR RELIEF

176. Sunrun incorporates its responses to paragraphs 1 through 175 as though fully set forth herein.

177. Sunrun denies the allegations contained in paragraph 177 of the Amended Complaint.

178. Sunrun denies the allegations contained in paragraph 178 of the Amended Complaint.

179. Sunrun denies the allegations contained in paragraph 179 of the Amended Complaint.

## VII. SECOND CLAIM FOR RELIEF

180. Sunrun incorporates its responses to paragraphs 1 through 179 as though fully set forth herein.

181. Sunrun denies the allegations contained in paragraph 181 of the Amended Complaint.

182. Sunrun denies the allegations contained in paragraph 182 of the Amended Complaint.

## VIII. THIRD CLAIM FOR RELIEF

183. Sunrun incorporates its responses to paragraphs 1 through 182 as though fully set

forth herein.

184. Sunrun denies the allegations contained in paragraph 184 of the Amended Complaint.

185. Sunrun denies the allegations contained in paragraph 185 of the Amended Complaint.

186. Sunrun denies the allegations contained in paragraph 186 of the Amended Complaint.

## IX.  FOURTH CLAIM FOR RELIEF

187. Sunrun incorporates its responses to paragraphs 1 through 186 as though fully set forth herein.

188. Sunrun denies the allegations contained in paragraph 188 of the Amended Complaint.

189. Sunrun denies the allegations contained in paragraph 189 of the Amended Complaint.

## X.  FIFTH CLAIM FOR RELIEF

190. Sunrun incorporates its responses to paragraphs 1 through 189 as though fully set forth herein.

191. Sunrun denies the allegations contained in paragraph 191 of the Amended Complaint.

192. Sunrun denies the allegations contained in paragraph 192 of the Amended Complaint.

193. Sunrun denies the allegations contained in paragraph 193 of the Amended Complaint.

## XII.  PRAYER FOR RELIEF

Sunrun denies that Plaintiffs are entitled to any of the relief they seek in the "WHEREFORE" paragraph of the Amended Complaint.

## **AFFIRMATIVE DEFENSES**

By way of further response, Sunrun asserts and alleges the following Affirmative Defenses

to Plaintiffs' Amended Complaint.

## FIRST AFFIRMATIVE DEFENSE

Plaintiffs have failed to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Sunrun had prior express consent, permission or an invitation to place any phone calls at-issue, including to Plaintiffs and/or the putative class members.

## THIRD AFFIRMATIVE DEFENSE

Sunrun had an established relationship with the recipients of any phone calls, including with Plaintiffs and the putative classes and such relationship bars Plaintiffs' and the putative classes' claims.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' individual and class claims against Sunrun must be dismissed because neither Plaintiffs nor the absent classes have suffered an injury-in-fact, and therefore, lack standing to assert or pursue the claims in the Amended Complaint.

## FIFTH AFFIRMATIVE DEFENSE

Sunrun alleges that at all times mentioned in the Amended Complaint, Sunrun acted lawfully and within its legal rights, with a good faith belief in the exercise of those rights, and in the furtherance of a legitimate business purpose. Further, Sunrun acted in good faith in the honest belief that the acts, conduct and communications, if any, of Sunrun were justified under the circumstances based on information reasonably available to Sunrun.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to join the necessary and indispensable parties in this action.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' and the putative classes' claims are barred by the applicable Statute of Limitations.

### EIGHTH AFFIRMATIVE DEFENSE

Sunrun alleges that the award of statutory penalties against Sunrun would violate the Due Process clause of the United States Constitution and constitute excessive fines in violation of the Eighth Amendment of the United States Constitution.

### NINTH AFFIRMATIVE DEFENSE

Plaintiffs' and the putative classes' claims are barred, in whole or in part, by the doctrines of laches, unclean hands, and waiver.

### TENTH AFFIRMATIVE DEFENSE

Plaintiffs' and the putative classes' claims under the TCPA are unconstitutional.

### ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' and the putative classes' claims against Sunrun are barred, in whole or in part, by the TCPA's "Safe Harbor" provision or other "Safe Harbor" defenses.

### TWELFTH AFFIRMATIVE DEFENSE

Sunrun alleges that by Plaintiffs' and the absent class members' conduct, representations, and omissions, upon which Sunrun detrimentally relied, Plaintiffs and absent class members are equitably estopped from asserting any claim for relief against Sunrun.

### THIRTEENTH AFFIRMATIVE DEFENSE

Sunrun alleges that Plaintiffs and/or the putative classes have expressly or impliedly consented to and approved all of the acts and omissions about which Plaintiffs now complain. Accordingly, Plaintiffs and/or the putative classes are barred from pursuing claims alleged in the Amended Complaint.

### FOURTEENTH AFFIRMATIVE DEFENSE

Sunrun alleges that Plaintiffs and the putative classes are not entitled to any relief because Sunrun's conduct did not proximately cause any damages, injury or loss to Plaintiffs.

### FIFTEENTH AFFIRMATIVE DEFENSE

Sunrun alleges that by conduct, representations, and omissions, Plaintiffs and/or putative class members have waived, relinquished, and/or abandoned any claim for relief against Sunrun respecting the matters that are the subject of the Complaint.

### SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' and the putative classes' claims against Sunrun are barred because the phone calls that are the subject of the Amended Complaint constitute commercial speech protected by the First Amendment to the United States Constitution and the imposition of liability on Sunrun for such phone calls would violate its First Amendment rights.

### SEVENTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' and the putative classes' claims are barred because Sunrun did not engage in willful and/or knowing misconduct.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Sunrun did not place the alleged phone calls to Plaintiffs and/or putative class members.

### NINETEENTH AFFIRMATIVE DEFENSE

Sunrun is informed and believes, and on that basis alleges, that granting Plaintiffs' demand would result in unjust enrichment, as Plaintiffs and the putative classes would receive more money than they are entitled to receive.

### TWENTIETH AFFIRMATIVE DEFENSE

The alleged injuries and/or damages sustained by Plaintiffs and the putative classes are the result of conduct of a person or persons over whom Sunrun exercised no control.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiffs and the putative classes are not entitled to relief under 47 U.S.C. § 227(c)(5) because Sunrun did not make any alleged telephone solicitations to them on their residential telephone lines.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

Claims on behalf of the putative class members are subject to arbitration provisions.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

Sunrun is not liable for any violation, even if one occurred, because the violation was not intentional, and if any violation occurred, it resulted from a bona fide error notwithstanding Sunrun's maintenance of procedures reasonably adapted to avoid any such error.

**TWENTY-FOURTH AFFIRMATIVE DEFENSE**

Plaintiffs' and the putative classes' claims are barred by *res judicata* and/or otherwise released.

**TWENTY-FIFTH AFFIRMATIVE DEFENSE**

Sunrun states that it currently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated, affirmative defenses available. Sunrun reserves the right to assert additional affirmative defenses in the event that discovery indicates it would be appropriate.

WHEREFORE, Sunrun prays for judgment as follows:

1. That Plaintiffs take nothing by reason of their Amended Complaint;
2. That judgment be entered against Plaintiffs and in favor of Sunrun;
3. That Sunrun recover all expenses, costs, and attorneys' fees in connection with this lawsuit; and
4. That the Court grant Sunrun such other and further relief as it deems just and proper.

Dated: July 31, 2019　　　　　　　　　　Respectfully submitted,

KELLEY DRYE & WARREN, LLP
　Lauri A. Mazzuchetti (*Pro Hac Vice*)
　Glenn T. Graham (*Pro Hac Vice*)
　Tahir L. Boykins

By: /s/ *Lauri A. Mazzuchetti*
　　　Lauri A. Mazzuchetti
　　　*Attorneys for Defendant Sunrun Inc.*