United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LOFTUS, et al.,<br><br>  Plaintiffs,<br><br>  v.<br><br>SUNRUN INC., et al.,<br><br>  Defendants. | Case No. 19-cv-01608-RS<br><br>**AMENDED ORDER GRANTING MOTIONS TO WITHDRAW** |

Pursuant to Civil Local Rule 7-1(b) the motions of the two firms representing defendant Media Mix 365, LLC for leave to withdraw (Dkt. Nos. 68 and 70) are suitable for disposition without oral argument and the hearing set for October 24, 2019 is vacated. The motions are granted. Plaintiffs' contention that Media Mix has existing obligations under the preliminary injunction and discovery requests propounded by plaintiffs is not a basis for requiring attorneys to continue representing a client where they have adequately shown the client has not authorized them to take any action and there is no reason to believe they will be paid for services already rendered, much less for any further services.

Pursuant to Civil Local Rule 11-5(b), papers may continue to be served on former counsel for forwarding purposes, unless and until Media Mix appears by other counsel. Former counsel is to provide Media Mix a copy of this order and alert it to this provision.

Media Mix is advised it may not appear in this action except through an attorney. Because the default of Media Mix has already been entered, plaintiff may apply for entry of default

judgment against it at any time.

**IT IS SO ORDERED**.

Dated: October 18, 2019

_____
RICHARD SEEBORG
United States District Judge

United States District Court
Northern District of California

CASE NO. 19-cv-01608-RS
2