Matthew P. McCue, *Admitted Pro Hac Vice*
mmccue@massattorneys.net
**THE LAW OFFICE OF MATTHEW P. McCUE**
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: (508) 655-1415
Facsimile: (508) 319-3077

[Additional counsel appear on signature page]

*Attorneys for Plaintiffs William Loftus, Sidney Naiman, and Louis Naiman and the Proposed Classes*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WILLIAM LOFTUS, SIDNEY NAIMAN and LOUIS NAIMAN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>     v.<br><br>SUNRUN INC. and MEDIA MIX 365, LLC, and DOES 1-10,<br><br>                    Defendants. | Case No. 3:19-cv-01608-RS<br><br>**STATUS UPDATE**<br><br>**Complaint Filed:** March 27, 2019 |

By way of further response to the Court's May 18, 2020, General Order for All Pending Civil Cases before Judge Richard Seeborg, Dkt. No. 100, we write to update the Court on the parties' continued progress formalizing their settlement agreement. Plaintiffs and Sunrun are exchanging drafts of the settlement papers, and Plaintiffs anticipate filing a motion for preliminary approval soon, albeit after the July 31, 2020, estimate provided to the Court at docket number 102.

    RESPECTFULLY SUBMITTED,

                                        By: */s/ Matthew P. McCue*
                                            Matthew P, McCue, *Admitted Pro Hac Vice*

- 1 -

Edward A. Broderick
**BRODERICK LAW, P.C.**
99 High Street, Suite 304
Boston, Massachusetts, 02110
ted@broderick-law.com
Tel (617) 738-7080
Fax: (617) 830-0327

Anthony I. Paronich, *Admitted Pro Hac Vice*
anthony@bparonichlaw.com
**PARONICH LAW, P.C.**
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

Matthew P. McCue, *Admitted Pro Hac Vice*
mmccue@massattorneys.net
**THE LAW OFFICE OF MATTHEW P. McCUE**
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: (508) 655-1415
Facsimile: (508) 319-3077

Andrew W. Heidarpour, *Admitted Pro Hac Vice*
AHeidarpour@HLFirm.com
**HEIDARPOUR LAW FIRM, PPC**
1300 Pennsylvania Avenue NW, 190-318
Washington, DC 20004
Telephone: (202) 234-2727

*Attorneys for Plaintiffs William Loftus, Sidney Naiman, and Louis Naiman and the Proposed Classes*