United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM LOFTUS, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SUNRUN INC., et al.,<br><br>　　　　　Defendants. | Case No. 19-cv-01608-RS<br><br>**ORDER RE MOTION FOR PRELIMINARY SETTLEMENT APPROVAL** |

　　　　Plaintiffs brought this action under the Telephone Consumer Protection Act, 47 U.S.C. § 227 and California Penal Code § 632.7 alleging they and similarly situated others had received unlawful telemarketing solicitations promoting defendant Sunrun, Inc.'s solar products and services. Plaintiffs now seek preliminary approval of a settlement agreement that calls for Sunrun to establish a $5,500,000 common fund for the benefit of the settlement class members. Based on average claims rates in matters like this, plaintiffs estimate class members who file claims will receive approximately $57 each.

　　　　The motion for preliminary approval will be granted. Plaintiffs shall efile a revised proposed order that sets out specific dates for all of the relevant deadlines. Plaintiffs may set the final approval hearing for any Thursday not listed as unavailable on the court's calendar. For purposes of calculating the dates, plaintiffs may presume that the proposed order will be signed and filed within three court days of its submission.

　　　　Plaintiffs are advised that the court is not prepared to make findings as to whether the

settlement fund is a "qualified settlement fund" under Treasury regulations, an issue that has not been briefed and which appears beyond the appropriate scope of the court's role. Those provisions should be omitted from the proposed order. Plaintiffs are also advised that if they intend to seek attorney fees in excess of the 25% "benchmark," they will have to make an appropriate showing as to why a higher amount is warranted in this case.

**IT IS SO ORDERED**.

Dated: September 16, 2020

RICHARD SEEBORG
United States District Judge