1  Jon B. Fougner (State Bar No. 314097)
   jon@fougnerlaw.com
2  600 California Street, 11th Floor
   San Francisco, California 94108
3  Telephone: (415) 577-5829
   Facsimile: (206) 338-0783
4

5  *One of the Attorneys for Plaintiffs William
   Loftus, Sidney Naiman, and Louis Naiman*
6

7

8             UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
9                SAN FRANCISCO DIVISION

10

| WILLIAM LOFTUS, SIDNEY NAIMAN, and, LOUIS NAIMAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUNRUN INC., and MEDIA MIX 365, LLC, and DOES 1-10,<br><br>Defendants. | Case No. 3:19-cv-01608-RS<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO WITHDRAW** |
|---|---|

TO:   THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, pursuant to Local Rules 7-11, 11-3, and 11-5, Jon B. Fougner hereby files this administrative motion to withdraw as counsel to the named plaintiffs: William Loftus, Sidney Naiman, and Louis Naiman.

### I.   LEGAL STANDARDS

*A.*   **Pro Hac Vice**

An attorney applying to appear *pro hac vice* before this Court must certify "[t]hat an attorney, identified by name and office address, who is a member of the bar of this Court in good standing and who maintains an office within the State of California, is designated as co-counsel." N.D. Cal. Civ. L.R. 11-3(a)(3).

**B.     *Withdrawal***

"Counsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." N.D. Cal. Civ. L.R. 11-5(a).

> When withdrawal by an attorney from an action is not accompanied by simultaneous appearance of substitute counsel or agreement of the party to appear pro se, leave to withdraw may be subject to the condition that papers may continue to be served on counsel for forwarding purposes, unless and until the client appears by other counsel or pro se.

N.D. Cal. Civ. L.R. 11-5(b).

## II.     FACTS

Andrew W. Heidarpour applied to appear *pro hac vice* in this action, with Mr. Fougner as his local co-counsel. Dkt. No. 9. The Court granted the application. Dkt. No. 13.

Anthony I. Paronich applied to appear *pro hac vice* in this action, with Mr. Fougner as his local co-counsel. Dkt. No. 16. The Court granted the application. Dkt. No. 19.

Matthew P. McCue applied to appear *pro hac vice* in this action, with Mr. Fougner as his local co-counsel. Dkt. No. 17. The Court granted the application. Dkt. No. 27.

Edward A. Broderick applied to appear *pro hac vice* in this action, with Mr. Fougner as his local co-counsel. Dkt. No. 58. The Court granted the application. Dkt. No. 59.

Adam J. Schwartz is co-counsel to all named plaintiffs in this action. Dkt. No. 109. He is a member of the bar of this Court in good standing who maintains an office in California. Decl. Adam J. Schwartz Supp. Unopposed Administrative Mot. Withdraw. He agrees to serve as local co-counsel for the plaintiffs. *Id*.

Mr. Fougner is not class counsel. Dkt. No. 108 at 3. He is joining a law firm that isn't counsel in this action. Decl. Jon B. Fougner Supp. Unopposed Administrative Mot. Withdraw ¶ 6.

On October 6, 2020, the named plaintiffs, William Loftus, Sidney Naiman, and Louis Naiman, were notified in writing of Mr. Fougner's intention to withdraw, and they consented to it. *Id.* at ¶ 7. They have all agreed to his withdrawal. *Id.*

On October 8, 2020, Mr. Fougner notified Lauri Anne Mazzuchetti, counsel to Defendant Sunrun Inc., in writing of his intention to withdraw. *Id.* at ¶ 8.

### III.   ARGUMENT

While not stated on its face, Local Rule 11-3 might be assumed to intend that all counsel appearing *pro hac vice* have local co-counsel *throughout* the case. Even if that is so, the rule is satisfied here, by Mr. Schwartz.

Local Rule 11-5 is satisfied because all parties with a current appearance have received reasonable notice of, and in fact consented to, Mr. Fougner's withdrawal and because other counsel remain to represent the plaintiffs. *Id.* at ¶¶ 6-8; Stipulation Supp. Unopposed Administrative Mot. Withdraw.

### IV.   CONCLUSION

For the foregoing reasons, Mr. Fougner respectfully requests that the Court grant this motion, terminate his appearance, and enter the order submitted herewith.

### V.   SIGNATURE ATTESTATION

The CM/ECF user filing this paper attests that concurrence in its filing has been obtained from its other signatories.

RESPECTFULLY SUBMITTED AND DATED on October 9, 2020.

> By: */s/ Jon B. Fougner*
> Jon B. Fougner
>
> Adam J. Schwartz (State Bar No. 251831)
> adam@ajschwartzlaw.com
> 5670 Wilshire Boulevard, Suite 1800
> Los Angeles, California 90036
> Telephone: (323) 455-4016
>
> Edward A. Broderick, *Admitted Pro Hac Vice*
> ted@broderick-law.com
> BRODERICK LAW, P.C.
> 99 High Street, Suite 304
> Boston, Massachusetts 02110
> Telephone: (617) 738-7080
> Facsimile: (617) 830-0327

Anthony I. Paronich, *Admitted Pro Hac Vice*
anthony@paronichlaw.com
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, Massachusetts 02043
Telephone: (617) 485-0018
Facsimile: (508) 318-8100

Matthew P. McCue, *Admitted Pro Hac Vice*
mmccue@massattorneys.net
LAW OFFICE OF MATTHEW P. McCUE CORP.
1 South Avenue, Suite 3
Natick, Massachusetts 01760
Telephone: (508) 655-1415
Facsimile: (508) 319-3077

Andrew W. Heidarpour, *Admitted Pro Hac Vice*
aheidarpour@hlfirm.com
HEIDARPOUR LAW FIRM, PLLC
1300 Pennsylvania Avenue NW, 190-318
Washington, DC 20004
Telephone: (202) 234-2727

*Attorneys for Plaintiffs William Loftus, Sidney Naiman, and Louis Naiman*